IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ICONIC BRANDS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 23- <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Thomas Martin ("Plaintiff" or "Martin"), by and through his attorneys, as and for his Complaint against Defendants Iconic Brands ("Iconic"), alleges as follows:

## NATURE OF THE ACTION

1. This is an action for breach of a promissory note made by Iconic to Martin on July 26, 2021, in the principal amount of $1,335,740.00, plus interest at the rate of 10% per annum (the "Note").[1] The amounts owed on the Note were due and payable to Martin on July 26, 2023. But Iconic has not paid principal or interest on the Note. Nor has it sought or been granted any extension of the maturity date of the Note. Accordingly, Martin seeks to recover the full principal amount of the Note, the interest due on that amount, and the attorney's fees and costs he has incurred in connection with enforcing the Note.

## THE PARTIES

2. Martin is an individual domiciled in and residing in New Jersey.

3. Iconic is a Nevada corporation with a principal place of business at 44 Seabro Avenue, Amityville, New York.

---

[1] The promissory note is attached as Exhibit A to this Complaint.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between a citizen of New Jersey (Martin) and a citizen of Nevada and New York (Iconic), and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Jurisdiction and venue are proper in this Court pursuant to the express forum and venue selection clause in the Note, which states that parties "irrevocably submit[] to the exclusive jurisdiction of the state courts of the State of Delaware or the United States District Court located in Wilmington, Delaware, for the purpose of any lawsuit, legal proceeding, litigation or arbitration . . . arising out of or relating to this Note or the negotiation or performance hereof." (Ex. § 4.5(a).) The Note further provides that the parties waive and agree not to assert any defense that they are not subject to personal jurisdiction in this Court, that this Court is an inconvenient forum, that this action should be stayed because of a pending proceeding in any court outside of Delaware, or that the "Note or the subject matter hereof may not be enforced in" this Court. (*Id.* § 4.5(b).)

6. As a result of Iconic's breach of Note, Martin has been damaged in the amount of at least $1,335,740.00, the principal amount of the Note, plus interest and attorney's fees and costs.

**FACTS**

7. On July 26, 2021, Iconic made the Note to Martin in connection with its acquisition of a company owned by Martin.

8. The Note provides that Iconic will pay Martin the principal amount of $1,335,740.00 (the "Principal Amount") on the maturity date of the note, plus accrued but unpaid interest at the rate of 10% per annum.

9. Section 1.1 of the Note provides that the maturity date of the Note — referred to therein as the "Final Payment Date"—is July 26, 2022.

10. The parties subsequently agreed to extend that maturity date by a year, to July 26, 2023.

11. Section 1.2(a) of the Note provides that, "[t]he principal amount outstanding under this Note shall accrue interest at all times at a rate equal to 10% per annum. All such accrued interest will be due and payable on the Final Payment Date."

12. Section 1.2(b) of the Note provides that, "Interest shall be calculated on the basis of a year of 365 or 366 days, as applicable, and charged for the actual number of days elapsed."

13. Section 3.1(a) of the Note provides that an "Event of Default" occurs on the Note when "Iconic fails to pay (i) any principal amount of the Note when due, or (ii) interest or any other amount when due and such failure continues for a period of five (5) days."

14. Section 4.12 of the Note provides that "Time is of the essence in this Note."

15. Iconic has defaulted on the Note, by failing to pay the principal and interest amounts owed on the Note by the maturity date of July 26, 2023.

16. Section 3.3(b) of the Note provides that, if Iconic defaults on the Note, Martin may "exercise any and all rights and remedies available to it under this Note . . . or applicable law, including, without limitation, the right to collect from Iconic all sums due under this Note."

17. Section 4.4 of the Note provides that it is governed by Delaware law, "without regard to the principles of conflicts of law thereof."

18. Section 4.8 of the Note provides that "Iconic agrees to pay all expenses, costs, and disbursements incurred by [Martin] (including, without limitation, all attorneys' fees and other legal expenses incurred by [Martin] in connection therewith) in connection with the enforcement

of its [sic] rights under this Note . . . upon the occurrence and during the continuance of an Event of Default . . .."

19. Section 4.10 of the Note provides that, "Iconic hereby waives demand for payment, presentment for payment, protest, notice of payment, notice of dishonor, notice of nonpayment, notice of acceleration of maturity, and diligence in taking any action to collect sums owing hereunder."

20. Under Section 1.2 of the Note, interest on the Principal Amount due since July 26, 2021, is calculated by counting the number of days elapsed since then and applying a daily rate of interest based on the 10% per annum interest rate and a 365-day year. Using this formula, the daily amount of interest that accrues on the Principal Amount is $365.96.

21. The amount of interest that has accrued on the $1,335,740.00 Principal Amount of the Note from July 26, 2021, through September 19, 2023, at the rate of 10% per annum (using a 365-day year), is $287,275.59 (the "Interest Amount"). That interest amount will continue to increase each day until the Principal Amount is paid.

22. To date, Iconic has not paid any portion of the Principal Amount or Interest Amount to Martin.

## COUNT I
(Breach of Promissory Note)

23. Martin restates the allegations set forth in paragraphs 1 through 22 above, as if fully set forth herein.

24. The Note constitutes a valid and binding contract between Martin and Iconic.

25. Martin has performed all his material obligations under the Note.

26. Iconic has breached its obligations under the Note by failing to pay the Principal Amount and the Interest Amount by the maturity date of the loan, July 26, 2023.

27. Martin is entitled to be paid the Principal Amount and the Interest Amount due on the loan, plus the interest amounts that continue to accrue each day and the attorney's fees and costs incurred in enforcing the Note.

28. As a result of the foregoing, Martin has been damaged in an amount to be determined at trial, but no less than $1,623,015.59.

## DEMAND FOR JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure, Plaintiff respectfully demands a jury trial of all issues triable to a jury in this action.

## PRAYER FOR RELIEF

**WHEREFORE**, Martin requests that the Court enter judgment in favor of Martin and against Iconic, granting the following relief:

1. Awarding Martin the Principal Amount of the Note, $1,335,740.00.

2. Awarding Martin the interest due on the Principal Amount of the Note from July 26, 2021, through the date of the judgment in this matter, in an amount to be determined at trial, but no less than $287,275.59 for the period for July 26, 2021-September 19, 2023.

3. Awarding Martin his attorney's fees and costs pursuant to the Note;

4. Awarding pre- and post-judgment interest at the maximum rate allowed by law; and

5. Granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Joel H. Rosner<br>TARTER KRINSKY & DROGIN LLP<br>1350 Broadway<br>New York, New York 10018<br>(212) 216-8000<br>jrosner@tarterkrinsky.com | By: */s/ Jonathan A. Choa*<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    1313 N. Market Street, 6th Floor<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    jchoa@potteranderson.com |
| Dated: September 20, 2023 | *Attorneys for Plaintiff* |

11063805